**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | No. MC 96-0081-PHX-SMM |
| | No. MC 96-0082-PHX-PGR (consolidated) |
| Western United Nurseries, Inc., | No. MC 96-0083-PHX-SMm (consolidated) |
| Debtor, | Br. No. 92-3004-PHX-GBN |
| | Br. No. 92-3005-PHX-RGM |
| | (jointly administered under 92-3004) |
| In re: | Adv. No. 94-126 |
| | Adv. No. 94-185 |
| Western Group Nurseries, Inc., | Adv. No. 94-813 |
| Debtor, | |
| | **ORDER** |
| Western Group Nurseries, Inc., | |
| Plaintiff, | |
| v. | |
| Estate of Richard R. Adams, et al., | |
| Defendants. | |

Pending before the Court is an Application for Substitution of Counsel (Dkt. 51), filed by Daniel P. Beeks of the law firm of Mohr, Hackett, Pederson, Blakely & Randolph, P.C. (Mohr Hackett") and Arthur G. Newman, Jr., of the law firm of Treon, Aguirre & Newman, P.A. Debtor/Plaintiff Western Group Nurseries, Inc. requests that Robert C. Hackett, Gregory W. Falls, and Daniel P. Beeks of Mohr Hackett be substituted as counsel of record for

1  Debtor/Plaintiff in place of Anthony R. Lucia, who is deceased. Because counsel's application
2  was properly submitted pursuant to LRCiv 83.3(b)(1), the Court will approve the substitution.
3  Therefore,
4  **IT IS ORDERED** that the Application for Substitution of Counsel for Debtor/Plaintiff
5  Western Group Nurseries, Inc. (Dkt. 51) is **GRANTED**.
6  **IT IS FURTHER ORDERED** that Robert C. Hackett, Gregory W. Falls, and Daniel P.
7  Beeks of Mohr Hackett be substituted as counsel of record for Debtor/Plaintiff in place of
8  Anthony R. Lucia of Treon, Aguirre & Newman, P.A.
9  DATED this 30th day of April, 2007.

_____
Stephen M. McNamee
United States District Judge

- 2 -