**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Western United Nurseries, Inc.,<br><br>    Debtor, | No. MC 96-0081-PHX-SMM<br>No. MC 96-0082-PHX-PGR (consolidated)<br>No. MC 96-0083-PHX-SMM (consolidated)<br><br>Br. No. 92-3004-PHX-GBN<br>Br. No. 92-3005-PHX-RGM<br>(jointly administered under 92-3004) |
| In re:<br><br>Western Group Nurseries, Inc.,<br><br>    Debtor, | Adv. No. 94-126<br>Adv. No. 94-185<br>Adv. No. 94-813<br><br>**ORDER** |
| Western Group Nurseries, Inc.,<br><br>    Plaintiff,<br><br>v.<br><br>Estate of Richard R. Adams, et al.,<br><br>    Defendants. | |

Having received Plaintiff Western Group Nurseries, Inc.'s ("WGN") Pending Matter Notification (Dkt. 52) and reviewed the Court's records, the Court finds that an Order addressing Plaintiff/Debtor Western United Nurseries, Inc.'s ("WGN") and Defendant Charles Leemon's Objections to the Bankruptcy Court's Proposed Findings of Fact and Conclusions of Law remains pending.

The Court appreciates WGN's notification and it will address the outstanding claims in due course.

DATED this 18th day of June, 2007.

Stephen M. McNamee
United States District Judge