**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Western United Nurseries, Inc., an Arizona corporation,<br><br>    Debtor.<br>_____<br>In re:<br><br>Western Group Nurseries, Inc., an Arizona corporation,<br><br>    Debtor.<br>_____<br>This Order Relates Only To MC 96-82:<br><br>Western Group Nurseries, Inc., an Arizona corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>Charles L. Leemon,<br><br>    Defendant.<br>_____ | No. MC 96-0081-PHX-SMM<br>No. MC 96-0082-PHX-PGR (consolidated)<br>No. MC 96-0083-PHX-SMM (consolidated)<br><br>Br. No. 92-3004-PHX-GBN<br>Br. No. 92-3005-PHX-RGM<br>   (jointly administered under 92-3004)<br><br>Adv. No. 94-126<br>Adv. No. 94-185<br>Adv. No. 94-813<br><br>**ORDER** |

    This action came to trial or hearing before the Court. The issues have been tried or heard, and a decision has been rendered. (Dkt. 57).

    Accordingly,

//

//

1    **IT IS HEREBY ORDERED** that, per the Court's memorandum of decision and
2 order dated September 14, 2007 (Dkt. 57), and pursuant to Rule 54(b) of the Federal Rules
3 of Civil Procedure, judgment is granted in favor of Plaintiff Western Group Nurseries, Inc.
4 Plaintiff shall recover from Defendant Charles L. Leemon the sum of $130,000.00 plus
5 interest at the rate of 9% compounded semi-annually from December 4, 1986 until the date
6 of judgment, less credits against such amounts as follows:  (1) December 4, 1986 -
7 $11,764.71; (2) October 27, 1993 - $17,352.94; and (3) December 19, 1995 - $10,882.36.
8 Post-judgment interest shall accrue on such amounts at the rate of 4.11%, as provided in 28
9 U.S.C. § 1961.

10    **IT IS FURTHER ORDERED** that any award of attorneys' fees and costs shall be
11 the subject of a separate judgment, after further proceedings, per the Court's order and as
12 provided in Rule 58(c), of the Federal Rules of Civil Procedure.

13    DATED this 26th day of September, 2007.

Stephen M. McNamee
United States District Judge