**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | No. MC 96-0081-PHX-SMM |
| | No. MC 96-0082-PHX-PGR (consolidated) |
| Western United Nurseries, Inc., an Arizona corporation, | No. MC 96-0083-PHX-SMM (consolidated) |
| Debtor. | Br. No. 92-3004-PHX-GBN |
| | Br. No. 92-3005-PHX-RGM |
| In re: | (jointly administered under 92-3004) |
| Western Group Nurseries, Inc., an Arizona corporation, | Adv. No. 94-126 |
| | Adv. No. 94-185 |
| Debtor. | Adv. No. 94-813 |
| Western Group Nurseries, Inc., an Arizona corporation, | **ORDER** |
| Plaintiff, | |
| vs. | |
| Estate of Richard R. Adams, et al., | |
| Defendants. | |

Pursuant to Stinson Morrison Hecker LLP's Motion to Withdraw as Counsel of Record dated October 3, 2007 (Dkt. 62), and good cause appearing,

**IT IS HEREBY ORDERED** withdrawing Stinson Morrison Hecker LLP as counsel of record in this matter.

//

1 **IT IS FURTHER ORDERED** withdrawing former Stinson Morrison Hecker LLP attorney P. John Owen.

**IT IS FURTHER ORDERED**, pursuant to FRAP 4(a)(5), extending the time to **November 26, 2007**, for Defendants Dr. and Mrs. Mohammad Khalid, James D. Plummer, Gerald W. and Theresa H. Whitehead, Mr. and Mrs. Alan H. Chesler, Ms. Joyce Purpera, and the Estate of Charles Falk and Michael A. Falk, to file any Notice of Cross-Appeal with the Ninth Circuit.

DATED this 15th day of October, 2007.

Stephen M. McNamee
United States District Judge