**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Western United Nurseries, Inc., an Arizona corporation,<br><br>      Debtor.<br>_____<br>In re:<br><br>Western Group Nurseries, Inc., an Arizona corporation,<br><br>      Debtor.<br>_____<br>Western Group Nurseries, Inc., an Arizona corporation,<br><br>      Plaintiff,<br><br>vs.<br><br>Estate of Richard R. Adams, et al.,<br><br>      Defendants.<br>_____ | No. MC 96-0081-PHX-SMM<br>No. MC 96-0082-PHX-PGR (consolidated)<br>No. MC 96-0083-PHX-SMM (consolidated)<br><br>Br. No. 92-3004-PHX-GBN<br>Br. No. 92-3005-PHX-RGM<br>  (jointly administered under 92-3004)<br><br>Adv. No. 94-126<br>Adv. No. 94-185<br>Adv. No. 94-813<br><br>**ORDER/AMENDED JUDGMENT** |

In its Order granting in part Defendant Charles L. Leemon's ("Leemon") motion to amend the judgment, the Court granted Leemon's request that the order of judgment entered September 27, 2007 (Dkt. 59) be amended with respect to the compounding of interest (Dkt. 79). The Court's initial judgment provided for interest to be compounded semi-annually. (Dkt. 59.) After reviewing Defendant's motion to amend the judgment, the Court found it

1 erred in providing for semi-annual compounding of interest, and determined that interest
2 shall be compounded annually.  (Dkt. 79.)  This Order amending the judgment shall replace
3 the judgment previously entered at Dkt. 59.  Accordingly,

4      **IT IS HEREBY ORDERED** that, per the Court's Memorandum of Decision and
5 Order dated September 14, 2007 (Dkt. 57) and Order dated January 9, 2008 (Dkt. 79), and
6 pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, judgment is granted in favor
7 of Plaintiff Western Group Nurseries, Inc.  Plaintiff shall recover from Defendant Charles
8 L. Leemon the sum of $130,000.00 plus interest at the rate of 9% **compounded annually**
9 from December 4, 1986 until the date of judgment, less credits against such amounts as
10 follows:  (1) December 4, 1986 - $11,764.71; (2) October 27, 1993 - $17,352.94; and (3)
11 December 19, 1995 - $10,882.36.  Post-judgment interest shall accrue on such amounts at
12 the rate of 4.11%, as provided in 28 U.S.C. § 1961.

13      **IT IS FURTHER ORDERED** that any award of attorneys' fees and costs shall be
14 the subject of a separate judgment, after further proceedings, per the Court's order and as
15 provided in Rule 58(c), of the Federal Rules of Civil Procedure.

16      DATED this 9th day of January, 2008.

_____
Stephen M. McNamee
United States District Judge