**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Western United Nurseries, Inc., an Arizona corporation,<br><br>    Debtor.<br>_____<br>In re:<br><br>Western Group Nurseries, Inc., an Arizona corporation,<br><br>    Debtor.<br>_____<br>Western Group Nurseries, Inc., an Arizona corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>Charles L. Leemon,<br><br>    Defendant.<br>_____ | No. MC 96-0081-PHX-SMM<br>No. MC 96-0082-PHX-PGR (consolidated)<br>No. MC 96-0083-PHX-SMM (consolidated)<br><br>Br. No. 92-3004-PHX-GBN<br>Br. No. 92-3005-PHX-RGM<br>(jointly administered under 92-3004)<br><br><br>Adv. No. 94-126<br>Adv. No. 94-185<br>Adv. No. 94-813<br><br>**ORDER/SECOND AMENDED JUDGMENT** |

In its Order granting in part Defendant Charles L. Leemon's ("Leemon") motion to amend the judgment, the Court granted Leemon's request that the order of judgment entered September 27, 2007 (Dkt. 59) be amended with respect to the compounding of interest (Dkt. 79). The Court's initial judgment provided for interest to be compounded semi-annually. (Dkt. 59 ("Original Judgment").) After reviewing Defendant's motion to amend the

1 judgment, the Court found it erred in providing for semi-annual compounding of interest, and
2 determined that interest shall be compounded annually.  (Dkt. 79.)  The Court issued an
3 Order amending the judgment to provide for annual compounding of interest.  (Dkt. 80
4 ("Amended Judgment").)

5     Leemon subsequently filed a motion pursuant to Federal Rule of Civil Procedure 60(a),
6 requesting the Court correct a clerical mistake in the Amended Judgment.  (Dkt. 81.)  Having
7 determined that prejudgement interest should accrue at the statutory rate of interest specified
8 by New York law, the Court erred in providing for interest to compound annually, rather than
9 accrue by simple interest.  Leemon requests that the Court amend the judgment to provide
10 for simple interest at a rate of nine percent per annum.

11     Plaintiff Western Group Nurseries, Inc. ("Western") filed a response to Leemon's motion
12 and cross-motion to reinstate the Original Judgment.  (Dkt. 82, Pl.'s Resp.)  Western asserts
13 that the Court should treat all limited partners the same on the interest issue, including
14 Leemon.  Western further asserts that the Amended Judgment is internally inconsistent
15 because it recognizes that New York substantive law applies to interest but fails to apply the
16 contract rate of interest.[1]  These arguments having been raised in response to Leemon's first
17 motion to amend or alter the judgment (see Dkt. 68, Pl.'s Resp. at 5-7), the Court reaffirms
18 its determination that the "New York prejudgment interest rate" in this case is the statutory
19 rate of nine percent per annum.  Western agrees that the New York statutory rate provides
20 for simple interest.  (Dkt. 82, Pl.'s Resp. at 11-12.)

21     The Court will further amend the judgment previously entered at Docket 59 and replace
22 the judgments previously entered at Dockets 59 and 80.  The Court regrets any confusion
23 caused by these amendments.  Accordingly,
24 //
25

---

26     [1] Under New York law an interest rate specified in a contract, not the statutory rate,
27 governs until payment of the principal or until the contract is merged in a judgment. Agriculver Profit Sharing Plan v. Dryden Mut. Ins. Co., 535 N.Y.S.2d 797, 814 (N.Y. App.
28 Div. 1988).

1  **IT IS HEREBY ORDERED** granting Defendant Leemon's motion to alter or amend
2  the Amended Judgment (Dkt. 81).

3  **IT IS FURTHER ORDERED** that, per the Court's Memorandum of Decision and
4  Order dated September 14, 2007 (Dkt. 57) and Order dated January 9, 2008 (Dkt. 79), and
5  pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, judgment is granted in favor
6  of Plaintiff Western Group Nurseries, Inc.  Plaintiff shall recover from Defendant Charles
7  L. Leemon the sum of $130,000.00 plus interest at the rate of 9% **per annum** from
8  December 4, 1986 until the date of judgment, less credits against such amounts as follows:
9  (1) December 4, 1986 - $11,764.71; (2) October 27, 1993 - $17,352.94; and (3) December
10 19, 1995 - $10,882.36.  Post-judgment interest shall accrue on such amounts at the rate of
11 4.11%, as provided in 28 U.S.C. § 1961.

12 **IT IS FURTHER ORDERED** that any award of attorneys' fees and costs shall be
13 the subject of a separate judgment, after further proceedings, per the Court's order and as
14 provided in Rule 58(c), of the Federal Rules of Civil Procedure.

15 **IT IS FURTHER ORDERED** denying as moot Leemon's motion for leave to file
16 sur-reply (Dkt. 88).

17 DATED this 17th day of March, 2008.

_____
Stephen M. McNamee
United States District Judge