**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | No. MC 96-0081-PHX-SMM |
| | No. MC 96-0082-PHX-PGR (consolidated) |
| Western United Nurseries, Inc., an Arizona corporation, | No. MC 96-0083-PHX-SMM (consolidated) |
| Debtor. | Br. No. 92-3004-PHX-GBN |
| | Br. No. 92-3005-PHX-RGM |
| In re: | (jointly administered under 92-3004) |
| Western Group Nurseries, Inc., an Arizona corporation, | Adv. No. 94-126 |
| | Adv. No. 94-185 |
| Debtor. | Adv. No. 94-813 |
| Western Group Nurseries, Inc., an Arizona corporation, | **ORDER** |
| Plaintiff, | |
| vs. | |
| Charles L. Leemon, | |
| Defendant. | |

Before the Court is Debtor/Plaintiff Western Group Nurseries, Inc.'s ("Western Group") Motion for Substitution. (Dkt. 89.) Western Group requests that Patricia A. Leemon, as personal representative of the Estate of Defendant Charles L. Leemon, be substituted as defendant in place of Charles L. Leemon. Leemon's attorneys filed a suggestion of death in this litigation on December 31, 2007. (Dkt. 78.) Western Group filed

1  its Motion for Substitution on February 28, 2008, within 90 days after the suggestion of
2  death.  Defendant Leemon has not filed a response in opposition.  Western Group's motion
3  is therefore timely, unopposed, and will be granted.  <u>See</u> Fed. R. Civ. P. 25(a) & Advisory
4  Committee Notes, 1963 Amendment.  Accordingly,

**IT IS HEREBY ORDERED** granting Plaintiff Western Group Nurseries, Inc.'s Motion for Substitution (Dkt. 89).  The Clerk of the Court shall substitute Patricia A. Leemon as Defendant, replacing the deceased Charles L. Leemon.

DATED this 18th day of March, 2008.

Stephen M. McNamee
United States District Judge